IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DIAMOND CRYSTAL BRANDS, INC. and DIAMOND CRYSAL SALES, LLC, )<br>)<br>) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. <u>CV407-042</u> |
| ) | |
| FOOD MOVERS INTERNATIONAL, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER ON JOINT MOTION
## TO STAY RULE 26(f) CONFERENCE

It appearing that all parties consent to staying the conference required pursuant to Rule 26(f), the parties Motion is granted and it is hereby ordered that the conference required by Rule 26(f) is stayed pending the outcome of the Defendant's Motion to Dismiss. In the event said Motion is denied, then the parties shall meet and confer pursuant to Rule 26(f) within ten (10) days of the entry of the Order.

This ___ day of June, 2007.

_____
G. R. Smith
Magistrate Judge, Southern District of Georgia

Order prepared by
_____
Beverly G. O'Hearn
Georgia Bar No. 287650
Brannen, Searcy & Smith, LLP
P. O. Box 8002
Savannah, Georgia 31412
(912) 234-8875
Attorneys for Defendant