
FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 AUG 17 AM 10: 45

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DIAMOND CRYSTAL BRANDS, INC. )
and DIAMOND CRYSTAL SALES, )
LLC., )
　　　　　　　　　　　　　　　)
　　　Plaintiff, )
　　　　　　　　　　　　　　　)
vs. )　　Case No. CV407-42
　　　　　　　　　　　　　　　)
FOOD MOVERS INTERNATIONAL, )
INC., )
　　　　　　　　　　　　　　　)
　　　Defendant. )
　　　　　　　　　　　　　　　)

## O R D E R

Before the Court is Defendant Food Movers' International, Inc.'s "Motion for Certification Permitting Interlocutory Appeal and for Stay Pending Appeal." (Doc. 23.) Plaintiff filed suit in the Superior Court of Chatham County on February 28, 2007, seeking damages for Defendant's alleged breach of contract. Food Movers removed the case to this Court on March 22, 2007. Two weeks later, Food Movers filed a Motion to Dismiss for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(1). On August 3, 2007, the Court issued an order denying Defendant's Motion and finding that Defendant is subject to personal jurisdiction in the state of Georgia.

Defendant now asserts that the Court's denial of its Motion to Dismiss is appropriate for appellate review prior to the final and complete adjudication of the remaining issues in this litigation. Accordingly, Defendant requests that certification for

interlocutory appeal be granted under 28 U.S.C. § 1292(b). After careful consideration, the Court finds that the denial of Defendant's Motion to Dismiss is not appropriate for interlocutory appeal. Therefore, Defendant's Motion for Certification Permitting Interlocutory is **DENIED**.

SO ORDERED, this 17th day of August, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA